# Order

Michigan Supreme Court
Lansing, Michigan

April 21, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162790

MELISSA REYES, Personal Representative
of the ESTATE OF STEVEN CLINTON,
          Plaintiff/Counterdefendant-
          Appellant,

v

OPTIMUM CONTRACTING SOLUTIONS,
LLC, and ANAMARIA TET,
          Defendants/Counterplaintiffs/
          Third-Party Plaintiffs-Appellees,
and

MELISSA REYES and ROMY GELLER,
          Third-Party Defendants.
_____/

SC: 162790
COA: 352485
Oakland CC: 2017-161038-CZ

On order of the Court, by stipulation of the parties to withdraw the application for leave to appeal, the application is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk